UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

NOXELL CORPORATION,                                    :
                                                       :
                                   Plaintiff,          :
              -against-                                :          1:19-cv-11460-GHW
                                                       :
NEXT STEP GROUP INC., GMA                              :          ORDER
ACCESSORIES, INC. d/b/a Cover Girl Active,             :
CAPELLI NEW YORK, SARAMAX APPAREL                      :
GROUP, INC., HARMON GROUP, LLC,                        :
RENAISSANCE JEWELRY NEW YORK, INC.                     :
d/b/a Verigold Jewelry, EARTHBOUND LLC,                :
                                                       :
                                   Defendants.         :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court declines to endorse the parties' proposed stipulation and order at Dkt. No. 26.

The parties failed to follow the Court's Individual Rules—specifically Rule 1(F), which requires,

inter alia, that "immediately following the filing of any proposed order or stipulation, parties are

directed to submit a joint letter to the Court."

Plaintiff is directed to serve a copy of this order on all Defendants not represented by

counsel and to retain proof of service.

        SO ORDERED.

Dated:  March 13, 2020                     _____
        New York, New York                       GREGORY H. WOODS
                                              United States District Judge