```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   NOXELL CORPORATION,                            :

                                  Plaintiff,    :
               -against-                   :          1:19-cv-11460-GHW

   NEXT STEP GROUP INC., GMA             :          <u>ORDER</u>
   ACCESSORIES, INC. d/b/a Cover Girl Active, :
   CAPELLI NEW YORK, SARAMAX APPAREL :
   GROUP, INC., HARMON GROUP, LLC,    :
   RENAISSANCE JEWELRY NEW YORK, INC. :
   d/b/a Verigold Jewelry, EARTHBOUND LLC, :

                                Defendants.  :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The time for defendant Renaissance Jewelry New York, Inc. to answer or otherwise respond to the complaint is extended to April 30, 2020.

       Furthermore, the initial pretrial conference, scheduled for May 21, 2020 at 4:30 p.m., will take place by telephone.  The parties are directed to use the dial-in number and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

       Plaintiff is directed to serve a copy of this order on all Defendants not represented by counsel and to retain proof of service.

       SO ORDERED.

Dated:  April 30, 2020
                                                                    GREGORY H. WOODS
                                                               United States District Judge