```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOXELL CORPORATION,

                 Plaintiff,

-against-                                   1:19-cv-11460-GHW

NEXT STEP GROUP INC., GMA                   ORDER
ACCESSORIES INC. d/b/a CAPELLI NEW
YORK, SARAMAX APPAREL GROUP INC.,
HARMON GROUP, LLC, X VISION INC.,
ALLWINTEX GARMENT MANUFACTURING
CORP. LTD, and EARTHBOUND LLC,

                 Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       As discussed on the record during the November 2, 2020 telephone conference, the parties currently represented by counsel are directed to confer and submit a joint letter to the Court describing (1) their respective positions on whether the deadlines in the case management plan and scheduling order, Dkt. No. 63, should be extended, and (2) if yes, how long of an extension is warranted. The parties are specifically directed to discuss how the addition of defendant X Vision, Inc. affects the current discovery deadlines, and to contemplate how the addition of foreign defendant Allwintex Garment Manufacturing Corp. Ltd., who has not yet been served, will affect the process for resolving this case as a whole. The joint letter shall be submitted by no later than November 9, 2020. The Court invites the parties to submit a written request for an extension of time if needed.

       Plaintiff is directed to serve a copy of this order on all defendants not represented by counsel and to retain proof of service.

       SO ORDERED.

Dated: November 2, 2020
New York, New York
                                     GREGORY H. WOODS
                                     United States District Judge